BOGUE *v.* STATE OF INDIANA.
[No. 23,019. Filed October 13, 1916.]

1. APPEAL.—*Review.*—*Moot Questions.*—Where, pending an appeal from a judgment of conviction in a criminal case, the defendant accepts a parole, the questions involved in the appeal thereby become moot and they will not, therefore, be decided by the Supreme Court. p. 244.

2.  CRIMINAL LAW.—*Appeal.—Questions Reviewable.—Costs.*—An appeal in a criminal case will not be entertained simply to determine the question of costs.   p. 244.

From Madison Circuit Court; *Luther F. Pence,* Judge.

Prosecution by the State of Indiana against Ernest Bogue. From a judgment of conviction, the defendant appeals.  *Appeal dismissed.*

*Richard F. Broadbent* and *Herman F. Wilkie,* for appellant.

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

LAIRY, J.—Appellant was convicted of the crime of arson. The Attorney-General filed a verified motion to dismiss, in which he shows that appellant has accepted a parole by the Governor of the State since taking his appeal to this court. It is a well-settled rule of law that a court will not pass on a moot question. Such this has become by the action of the appellant in accepting the parole. *Manlove* v. *State* (1899), 153 Ind. 80, 53 N. E. 385. It is equally well settled that an appeal will not be entertained simply to determine costs. *Manlove* v. *State, supra; Monger* v. *Pavey* (1912), 178 Ind. 666, 98 N. E. 625, and cases cited. The appeal is therefore dismissed.

NOTE.—Reported in 113 N. E. 753.   See also 12 Cyc 797.